

**FILED**
CLERK, U.S. DISTRICT COURT
10/4/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:23-cr-00494-HDV |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 922(g)(1), (9): Prohibited Person in Possession of Firearms and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| JOSE EDUARDO LOPEZ, aka "Jose Edwardo Lopez," aka "Klasick," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 922(g)(1), (9)]

On or about May 5, 2023, in Los Angeles County, within the Central District of California, defendant JOSE EDUARDO LOPEZ, also known as ("aka") "Jose Edwardo Lopez," aka "Klasick," knowingly possessed the following firearm and ammunition in a bag carried on his person, each in and affecting interstate and foreign commerce:

1.  A Smith & Wesson M&P Bodyguard, .380 caliber semi-automatic pistol, bearing serial number KDF8087; and

  2. Approximately six rounds of Federal Cartridge Company .380 caliber ammunition.

  Defendant LOPEZ possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

  1. Carrying a Concealed Firearm in Public, in violation of California Penal Code Section 25400(a)(2), in the Superior Court for the State of California, County of Los Angeles, Case Number TA137655, on or about July 10, 2015;

  2. Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number NA107794, on or about January 18, 2018;

  3. Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number NA108196, on or about January 18, 2018;

  4. Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number NA116011, on or about March 17, 2021; and

  5. False Imprisonment, in violation of California Penal Code Section 236, in the Superior Court for the State of California, County of Los Angeles, Case Number NA118295, on or about June 27, 2022.

  Additionally, defendant LOPEZ possessed such firearm and ammunition knowing that he had previously been convicted of a

misdemeanor crime of domestic violence, namely, Domestic Battery, in violation of California Penal Code Section 243(e)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number NA118295, on or about June 27, 2022.

COUNT TWO

[18 U.S.C. §§ 922(g)(1), (9)]

On or about May 5, 2023, in Los Angeles County, within the Central District of California, defendant JOSE EDUARDO LOPEZ, also known as ("aka") "Jose Edwardo Lopez," aka "Klasick," knowingly possessed the following firearm and ammunition in his residence, each in and affecting interstate and foreign commerce:

1. A Walther P22, .22 caliber semi-automatic pistol, bearing serial number WA342671;

2. A Glock 43X, 9mm semi-automatic pistol, bearing serial number BUGD307;

3. Approximately 32 rounds of Cascade Cartridge, Inc. .22 caliber ammunition;

4. Approximately ten rounds of Winchester .22 caliber ammunition;

5. Approximately ten rounds of Wolf .22 caliber ammunition; and

6. Approximately ten rounds of Sellier & Bellot 9mm caliber ammunition.

Defendant LOPEZ possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Carrying a Concealed Firearm in Public, in violation of California Penal Code Section 25400(a)(2), in the Superior Court for the State of California, County of Los Angeles, Case Number TA137655, on or about July 10, 2015;

    2.    Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number NA107794, on or about January 18, 2018;

    3.    Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number NA108196, on or about January 18, 2018;

    4.    Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number NA116011, on or about March 17, 2021; and

    5.    False Imprisonment, in violation of California Penal Code Section 236, in the Superior Court for the State of California, County of Los Angeles, Case Number NA118295, on or about June 27, 2022.

    Additionally, defendant LOPEZ possessed such firearm and ammunition knowing that he had previously been convicted of a misdemeanor crime of domestic violence, namely, Domestic Battery, in violation of California Penal Code Section 243(e)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number NA118295, on or about June 27, 2022.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in any of Counts One or Two of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense, including but not limited to:

  i. A Smith & Wesson M&P Bodyguard, .380 caliber semi-automatic pistol, bearing serial number KDF8087;
  ii. Approximately six rounds of Federal Cartridge Company .380 caliber ammunition;
  iii. A Walther P22, .22 caliber semi-automatic pistol, bearing serial number WA342671;
  iv. A Glock 43X, 9mm semi-automatic pistol, bearing serial number BUGD307;
  v. Approximately 32 rounds of Cascade Cartridge, Inc. .22 caliber ammunition;
  vi. Approximately ten rounds of Winchester .22 caliber ammunition;
  vii. Approximately ten rounds of Wolf .22 caliber ammunition; and

        viii.   Approximately 10 rounds of Sellier & Bellot 9mm caliber ammunition.

    (b)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

    3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                                     A TRUE BILL

                                                     /S/
                                                  Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

ELIZABETH S.P. DOUGLAS
Assistant United States Attorney
General Crimes Section